UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   3:96CR30090-001 |
| | ) | |
| v. | ) | |
| | ) | |
| Kelly B. Maloney, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| ==================================== | ) | |
| HM Dunn Aerospace, | ) | |
| | ) | |
| Garnishee. | ) | |

**APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**

The United States of America, plaintiff, makes application in accordance with

28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of

Continuing Garnishment upon the judgment entered against the Defendant, Kelly B. Maloney,

social security number ***-**-9001, whose last known address is: "Address Redacted", St Louis

Missouri, in the above cited action in the amount of $2,000.00.   The sum of $460.00 has been

credited to the judgment debt, leaving a total balance due of $1,590.00, as of January 13, 2014.

Demand for payment of the above-stated debt was made upon the debtor not less

than 30 days from January 13, 2014, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

The name and address of the Garnishee or his authorized agent is:

HM Dunn Aerospace
ATTN: Sandy Adams
4201 S 119th W
Wichita, KS 67215

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

s/ *Gerald M. Burke*
GERALD M. BURKE
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208
(618) 628-3700