UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

United States of America, )
)
    Plaintiff, ) Case No. 3:96CR30090-001
)
v. )
)
Kelly B. Maloney, )
)
    Defendant, )
)
==================================== )
HM Dunn Aerospace, )
)
    Garnishee. )

FILED JAN 27 2014 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS EAST ST. LOUIS OFFICE

## ANSWER OF THE GARNISHEE

__Mona Martin__, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name of

    _____

    (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

    That he/she is the __Director of HR__ of which
                          (State Official Title)

Garnishee, **HM Dunn Company Inc**, a corporation, organized under the laws of the State of **Delaware**.

On **Jan 15**, 20**14**, Garnishee was served with the Writ of Garnishment. For the pay period in effect on the date of service (shown above)

Yes       No

 ✓        ____      1.     Defendant was in my/our employ.

                    2.     Pay period is ____ weekly, ✓ bi-weekly

                           ____ semi-monthly, ____ monthly.

                           Enter date present pay period began. **12/29/13**

                           (Present means the pay period in which this order and notice of garnishment were served)

                           Enter date above pay period ends. **1/11/14**

                    3.     Enter amount of net wages.   Calculate below:

                           (a) Gross Pay                     $ **1435.71**

                           (b) Federal income tax              **140.58**

                           (c) F.I.C.A. income tax             **98.85**

                           (d) State income tax                **41.00**
                           St Louis Local Tax                  **12.92**
                           Total of tax withholdings        $ **293.35**

                           Net Wages                        $ **1142.36**
                              (a less total of b,c,d)

Yes    NO

___    _✓_    4.    Have there been previous garnishments in effect.   If the answers is

yes, describe below.

_____

5.    The Garnishee has custody, control or possession of the following

property (non-earnings), in which the Debtor maintains an interest,

as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |
| 4._____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

✓ [The Garnishee makes the following claim of exemption on the part of Defendant:]
Support Order - $240.00 bi-weekly
___ [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply

Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

___ [The Garnishee was then in no manner and upon no account indebted or under liability to

the Defendant, _____, and that the Garnishee did not have in his/her possession or

control any property belonging to the Defendant, or in which the Garnishee has an interest;

and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor,

Kelly B. Maloney, 2609 Abbott Pl, St Louis, MO 63143 and (2) the attorney for the United States,

Gerald M. Burke, Assistant United States Attorney, Nine Executive Drive, Fairview Heights,

Illinois 62208.

_____
Garnishee

Subscribed and sworn to me before this the

22nd day of January, 2014.

NOTARY PUBLIC - State of Kansas
SANDRA L. ADAMS
My Appt Expires 5-16-16

Sandra L. Adams
_____
Notary Public
(Seal)

My Commission expires: 5-16-16