UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff ) | Case No.   3:96CR30090-001 |
| ) | |
| v. ) | |
| ) | |
| Kelly B. Maloney, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| ================================= ) | |
| HM Dunn Aerospace, ) | |
| ) | |
| Garnishee. ) | |

**ORDER**

Upon motion of the United States of America, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby ORDERED that the Writ of Garnishment for the HM Dunn Aerospace, in this cause be and the same is hereby DISMISSED, without prejudice.

DATED:   31 January 2014

/s/WILLIAM D. STIEHL
US DISTRICT JUDGE